### Young *v.* Germania Savings Bank *et al.*

Lumpkin, J. The equitable petition, which sought to set up title to certain land in the plaintiff, a married woman, and to have a sale under an execution against her enjoined, showed on its face that the land had already been found subject to the levy, under a claim interposed by the present plaintiff, and was properly dismissed on demurrer.

(*a*) For litigation in regard to this same subject-matter see 132 *Ga.* 490 (64 S. E. 552); 133 *Ga.* 699 (66 S. E. 925); 134 *Ga.* 602 (68 S. E. 321).

*Judgment affirmed. All the Justices concur.*
November 20, 1912.

Equitable petition. Before Judge Ellis. Fulton superior court. September 25, 1911.

*Robert L. Rodgers,* for plaintiff.
*Westmoreland Brothers,* for defendants.